CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 08 2008

JOHN F. CORCORAN, CLERK
BY: /s/ [illegible]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMONT DARNELL PAYNE,<br><br>*Defendant* | CRIMINAL NO. 3:04cr00047-2<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that the written Judgment against Defendant in the above-referenced criminal action be corrected, pursuant to Rule 36, in accordance with the Court's oral expressions at the time of sentencing on September 1, 2006. Accordingly, an Amended Judgment will be entered with this Order. This Amended Judgment will involve no change in the previously imposed sentence of 103 months and does not restart the limitations period for filing a post-conviction challenge under the Antiterrorism and Effective Death Penalty Act of 1996

The Clerk of the Court is hereby directed to send a certified copy of this Order, the accompanying Memorandum Opinion, and the Amended Judgment to Defendant and all counsel of record.

ENTERED: This 8th day of August, 2008

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE