IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMONT D. PAYNE | CRIMINAL NO. 3:04-cr-00047-2<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Pending before the court is defendant Lamont D. Payne's ("Defendant") motion to correct or modify his sentence (docket no. 1552). For the reasons set forth in the accompanying memorandum opinion, Defendant's motion is hereby DENIED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to the Defendant.

Entered this  26th  day of October, 2010.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE